# Court of Appeals
# of the State of Georgia

ATLANTA,   June 14, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1394. MICHAEL BERNARD BROADNAX v. THE STATE.**

On August 11, 2015, Michael Bernard Broadnax pled guilty to theft by shoplifting. He filed a pro se motion to withdraw his guilty plea, which the trial court denied on November 3, 2015. Broadnax filed a notice of appeal from this order in February 2016 and an amended notice of appeal in March 2016. We lack jurisdiction.

The denial of a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). However, to be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Broadnax filed his notice of appeal well over 30 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note that, in his notice of appeal, Broadnax contends that he did not timely receive a copy of the order from the trial court. The trial court has already addressed this issue in an order denying Broadnax's motion for an out-of-time appeal. Broadnax filed an application for discretionary appeal from that order, which we have granted. See Case No. A16D0394.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____06/14/2016_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*